# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEWIS,<br><br>                      Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>                      Respondent. | Case No. 20-cv-1042-MMA (MSB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has paid the $5.00 filing fee and submitted a civil cover sheet indicating his intent to file a federal habeas petition pursuant to 28 U.S.C. § 2254, but has not filed a petition. Doc. No. 1. If Petitioner wishes to proceed with a habeas action in this Court, he must file a petition for writ of habeas corpus. The Court **DISMISSES** without prejudice because Petitioner has not filed a Petition and has therefore failed to initiate federal habeas proceedings. If Petitioner wishes to proceed, he must file a habeas petition on or before **August 17, 2020**. The Court **DIRECTS** the Clerk of Court to send Petitioner a blank Southern District of California 28 U.S.C. § 2254 Petition form along with a copy of this Order.

**IT IS SO ORDERED**.

Dated: June 16, 2020

HON. MICHAEL M. ANELLO
United States District Judge