# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEWIS,<br><br>                          Petitioner,<br><br>v.<br><br>MR. PICKETT, Warden, and ROB BONTA, Attorney General of the State of California,<br><br>                         Respondents. | Case No. 20-cv-1042-MMA (MSB)<br><br>**ADOPTING REPORT AND RECOMMENDATION AND DENYING RESPONDENTS' MOTION TO DISMISS**<br><br>[Doc. Nos. 23, 28] |

Donald R. Lewis ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2254. *See* Doc. No. 17. Respondents Mr. Pickett and Rob Bonta[1] ("Respondents") filed a motion to dismiss on the grounds that the Petition is untimely. *See* Doc. No. 23. The matter was referred to United States Magistrate Judge Michael S. Berg for preparation of a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1) and Civil Local Rules 72.1.d and HC.2. The Magistrate Judge has issued a R&R recommending that the Court

---

[1] Rob Bonta replaced Xavier Becerra as Attorney General of California. Therefore, he is automatically substituted as Respondent. *See* Fed. R. Civ. P. 25(d).

(1) deny Respondents' motion to dismiss without prejudice and (2) order Respondents to file an answer. *See* Doc. No. 28 at 21.

The duties of the district court in connection with a magistrate judge's R&R are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006). Objections to the R&R were due no later than June 1, 2021. *See* Doc. No. 28 at 21. To date, no objections have been filed, and the time for doing so has expired.

The Court finds that the Magistrate Judge has issued an accurate Report and well-reasoned Recommendation that the motion be denied. The Court therefore **ADOPTS** the R&R in its entirety and **DENIES** Respondents' motion to dismiss without prejudice. The Magistrate Judge will issue a separate scheduling order in due course.

**IT IS SO ORDERED**.

Dated: June 10, 2021

HON. MICHAEL M. ANELLO
United States District Judge