UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. LEWIS,<br><br>                     Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation,<br><br>                     Respondent. | Case No.: 20cv1042-MMA(MSB)<br><br>**ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL LODGMENTS** |

    On October 26, 2020, Petitioner filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition"), the operative pleading in this case. (ECF No. 17.) Respondent filed an Answer to Plaintiff's Amended Petition on July 15, 2021. (ECF No. 38.) The Court has reviewed all of the lodgments, including supplemental lodgments, and notes that they do not contain Reporter's Transcript Volumes 1 through 8, and 10 through 12, San Diego County Superior Court, Case No. SCE353803. (See ECF Nos. 12 & 27.)

///

///

Accordingly, the Court **ORDERS** Respondent to supplement the lodgments with Reporter's Transcript Volumes 1 through 8, and Volumes 10 through 12. Respondent shall file the lodgments on or before **February 15, 2022**.

**IT IS SO ORDERED.**

Dated:  February 8, 2022

Honorable Michael S. Berg
United States Magistrate Judge